IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:11CR401 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRAVIS CHISHOLM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court on defendant's second Motion to Review Order of Detention [55]. The motion is denied.

Placement of the defendant with the proposed third-party custodian fails to adequately address the court's concerns set out in the December 21, 2011 Detention Order [21]. The proposed placement fails to address the defendant's significant prior criminal history and noncompliance with previous court orders. In reaching this conclusion, I specifically considered the defendant's prior record which includes two prior felony drug convictions (2004, 2007). Because the evidence presented fails to rebut the presumption of detention, 18 U.S.C. § 3142(e), I find the defendant should remain detained pending sentencing on July 25, 2012.

**IT IS ORDERED:** Defendant's Motion to Review Order of Detention [55] is denied.

Dated this 2nd day of July 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge