IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:11CR401 |
| vs. | |
| AGAPITO AGUILAR-SOSTENES, | ORDER |
| Defendant. | |

THIS MATTER is before the Court on the joint oral motion of the parties to continue the hearing scheduled for October 29, 2012 at 1:00 p.m. regarding the defendant's competency. The parties request that the defendant remain at FCI-Butner for an additional 120 days for further study and treatment of the defendant.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. 4241(d), that the joint oral motion to continue is granted and the defendant is committed to the custody of the Attorney General to continue the hospitalization of the defendant for treatment at FCI-Butner for an additional 120 days, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. A competency hearing is scheduled for **March 1, 2013 at 9:00 a.m.** in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before District Judge Joseph F. Bataillon.

Dated this 1st day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge